

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2020

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Cesar Arias et al.*, 20 Cr. 139 (GBD)

Dear Judge Daniels:

    The above-captioned case was recently assigned to the Court's docket. The Court has set an initial conference for March 5, 2020 at 10:00 a.m. In advance of the March 5 conference, the Government respectfully moves, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning a pretrial disposition of this matter and the Government time to prepare discovery. *See* 18 U.S.C. § 3161(h)(7)(A).

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney

by: _/s/ Daniel Nessim_____
      Daniel G. Nessim
      Assistant United States Attorney
      (212) 637-2486