UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JESSE AGUIRRE-JIMENEZ,

              Defendant.

------------------------------------x

ORDER

20 Cr. 139 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-5-2020

GEORGE B. DANIELS, United States District Judge:

This Court has been informed that Defendant Jesse Aguirre-Jimenez, who is currently being detained at the MCC, is ill. It is hereby ordered that he shall be provided with immediate medical attention.

Dated: March 5, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge